**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Garden City Boxing Club, Inc., | NO. C 06-05639 JW |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Robert Reman, | |
|     Defendant. | |

This case was scheduled for a case management conference on February 26, 2007. According to the Court's docket, Defendant has not yet been served. Plaintiff's counsel has represented that Defendant was served on February 10, 2007. Since Defendant's answer would not be due by the time of the case management conference, the Court continues the case management conference to **Monday, March 26, 2007 at 10 AM**. The parties shall file a joint case management statement prior to that date in accordance with the Local Rules.

Dated: February 21, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas P. Riley tprlaw@att.net

| | |
|---|---|
| **Dated:  February 21, 2007** | **Richard W. Wieking, Clerk** |
| | By:  /s/ JW Chambers<br>       **Elizabeth Garcia**<br>       **Courtroom Deputy** |