Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc.,<br><br>Plaintiff,<br><br>vs.<br>Robert Floyd Reman, et al.<br><br>Defendant. | CASE NO. CV 06-5639 JW<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ROBERT FLOYD REMAN, individually and d/b/a GOLDEN Q BILLIARDS A/K/A REMAN & ASSOCIATES |

**IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendant ROBERT FLOYD REMAN, individually and d/b/a Golden Q Billiards a/k/a Reman & Associates, that the above-entitled action is hereby dismissed **without prejudice** against ROBERT FLOYD REMAN, individually and d/b/a Golden Q Billiards a/k/a Reman & Associates and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 15, 2007, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: April 18, 2007

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

Dated:

PLEASE SEE ATTACHED
**LAW OFFICES OF MICHAEL DIETRICK**
By: Michael Dietrick
Attorneys for Defendant
ROBERT FLOYD REMAN, individually and d/b/a GOLDEN Q BILLIARDS A/K/A REMAN & ASSOCIATES

**IT IS SO ORDERED:**

*James Ware*

The Honorable James Ware
United States District Court
Northern District of California

Dated: April 20 2007

STIPULATION OF DISMISSAL
CV 06-5639 JW
PAGE 2

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: April 18, 2007

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

Dated: 4-13-07

LAW OFFICES OF MICHAEL DIETRICK
By: Michael Dietrick
Attorneys for Defendant
ROBERT FLOYD REMAN, individually and d/b/a GOLDEN Q BILLIARDS A/K/A REMAN & ASSOCIATES

IT IS SO ORDERED:

Dated:_____

_____
The Honorable James Ware
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
CV 06-5639 JW
PAGE 2

# PROOF OF SERVICE (SERVICE BY OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 18, 2007, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ROBERT FLOYD REMAN, individually and d/b/a GOLDEN Q BILLIARDS A/K/A REMAN & ASSOCIATES**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Mr. Michael Dietrick, Esquire | Attorneys for Defendant |
| Law Offices of Michael Dietrick | Robert Floyd Reman, individually and |
| 1000 Fourth Street, Suite 695 | d/b/a Golden Q Billiards a/k/a |
| San Rafael, CA 94901 | Reman & Associates |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 18, 2007, at South Pasadena, California.

Dated: April 18, 2007

_____
INESA MAMIDJANYAN